***Louis Michael Abramo v. Charles L. Ryan, et al***

| | |
|---|---|
| THE HONORABLE JOHN W. SEDWICK | 2:10-cv-00006 JWS |
| PROCEEDINGS:     **ORDER FROM CHAMBERS** | July 12, 2011 |

     At docket 1, Louis Michael Abramo ("petitioner") sought a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was briefed.  Thereafter, in a report at docker 21, Magistrate Judge Jay Irwin recommended that the petition be dismissed with prejudice as untimely.  The time for objections has run, and none have been filed.

     This court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate."  28 U.S.C. § 636(b)(1).  When reviewing a magistrate judge's recommendations in a case such as this one, this court conducts *de novo* review of all recommended conclusions of law, and any recommended findings of fact to which objections have been taken.  Recommended findings of fact as to which no objection has been taken are reviewed for clear error.

     Having applied the preceding standard of review, this court concludes that Magistrate Judge Irwin's recommended findings of fact and conclusions of law are correct in all material respects.  Accordingly, this court adopts the recommendations at docket 21.  Based thereon, the petition at docket 1 is **DISMISSED WITH PREJUDICE**.  The Clerk Of Court will please enter judgment dismissing the petition with prejudice.

     **IT IS FURTHER ORDERED** that this court will not grant the Certificate of Appealability required by 28 U.S.C. § 2253(c), nor will it grant leave to proceed on appeal *in forma pauperis*, because dismissal of the petition is clearly warranted by a plain procedural bar, and jurists of reason would not find the procedural bar debatable.  If petitioner desires to take an appeal, he must request a Certificate of Appealabilty from the Court of Appeals.  *See* Fed. R. App. P. 22(b)(1).

_____